IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Anthony L. Mann | ) | C/A No.: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| William Byars, Director; All Members of the Policy Development Dept. for SCDC; and All Members of the Correspondence Review Committee for SCDC, | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned hereby certifies that on November 26, 2013 the *NOTICE OF REMOVAL* was served on the *Pro Se* Plaintiff by mailing a copy of same in the United States Mail, certified, return receipt requested, proper postage prepaid, addressed as follows:

        Anthony Mann, #242498
        Lee Correctional Institution
        990 Wisacky Highway
        Bishopville, SC 29010

        _____
        S. McConnell, Legal Assistant to
        Daniel R. Settana, Jr.
        Janet Brooks Holmes
        Meghan Hazelwood Hall
        McKay, Cauthen, Settana & Stubley, P.A.
        1303 Blanding St. (29201)
        P. O. Drawer 7217
        Columbia, SC   29202
        (803) 256-4645
        Attorneys for Defendants