AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Anthony L. Mann, | )
| *Plaintiff* | )
| v. | )  Civil Action No.    0:13-cv-03309-RMG-PJG
| | )
| William Byars, Director; All Members of the Policy | )
| Development Dept of SCDC; All Members of the | )
| Correspondence Review Committee for SCDC, | )
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■  other: the plaintiff, Anthony L. Mann, shall take nothing of the defendants; William Byars, All Members of the Policy Development Dept of SCDC, and All Members of the Correspondence Review Committee for SCDC, as to the federal claims from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice as to the federal claims.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the complaint with prejudice as to the federal claims.

Date:  June 27, 2014                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                        s/A. Buckingham
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*